Cite as 2023 Ark. 93
# SUPREME COURT OF ARKANSAS

Opinion Delivered: May 25, 2023

IN RE ARKANSAS SUPREME COURT
COMMISSION ON CHILDREN,
YOUTH, AND FAMILIES

## PER CURIAM

Tiffany Wright, Director of the DHS Division of Children and Family Services, is appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families. We thank her for her willingness to serve on this important commission.

The court expresses its gratitude to outgoing member Mischa Martin, former Director of the DHS Division of Children and Family Services, for her years of valuable service to this commission.